IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUTOMATION MIDDLEWARE SOLUTIONS, INC., § § § | |
| Plaintiff, § | C.A. No. 2:15-cv-1982-RWS |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| MITSUBISHI ELECTRIC CORP., § MITSUBISHI ELECTRIC U.S. § HOLDINGS, INC. and § MITSUBISHI ELECTRIC § AUTOMATION, INC. § § | |
| Defendants. § § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Before the Court is Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint submitted by Plaintiff Automation Middleware Solutions, Inc.  After review of the Motion, the Second Amended Complaint, and all other matters of record, it is hereby

ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED, and it is further

ORDERED that Plaintiff's Second Amended Complaint filed concurrently with the Motion for Leave to File Second Amended Complaint is deemed filed as of the date of this Order.

**SIGNED this 7th day of April, 2016.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE